Form 504 (CMB Form)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **Sumanta Banerjee** | : | Bankruptcy No.: 21–21306–CMB |
| *Debtor(s)* | : | |
| | : | Chapter: 7 |
| **Sadis & Goldberg, LLP** | : | |
| | : | Adversary No.: 23–02012–CMB |
| *Plaintiff(s),* | : | |
| | : | |
| v. | : | |
| **Sumanta Banerjee** | : | |
| | : | |
| *Defendant(s).* | : | |

## ORDER GOVERNING PRETRIAL MATTERS

**AND NOW**, this The 2nd of May, 2023 , whereas the Parties in the above−captioned adversary proceeding filed their *Early Conference Certification and Stipulation*, It is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

☒ The *Early Conference Certification and Stipulation* is adopted in its entirety as filed by the parties.

☐ The *Early Conference Certification and Stipulation* is adopted with the following amendments:

At Pittsburgh, Pennsylvania.

*Carlota M. Böhm, Judge*
United States Bankruptcy Court